IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN ANDREW KISTER,         )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:20cv607-MHT
                            )            (WO)
PATRICE JONES, Warden,      )
                            )
     Defendant.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 78) is adopted, except to the extent set forth in the opinion.

(2) Defendant's motion for summary judgment (Doc. 15) is granted.

(3) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is administratively closed.

DONE, this the 31st day of July, 2023.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE